**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00071-CV

**LUCIEN B. CROSLAND, Appellant**

**V.**

**RODNEY J. ROHRICH, M.D., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06381**

## ORDER

Before the Court is appellee's February 5, 2015 motion to dismiss the appeal for want of jurisdiction. The Court requests that appellant file his response on or before February 27, 2015. The Court suspends until further order of the Court the deadline for filing appellant's brief on the merits.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE